DANIEL G. BOGDEN
United States Attorney
District of Nevada
DONNA CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS, CSBN 189450
Special Assistant United States Attorney

    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone:  (415) 977-8938
    Facsimile:  (415) 744-0134



Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROCHELLE REXIUS,<br><br>    Plaintiff<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:14-cv-00164-JAD-VCF<br><br>STIPULATION FOR EXTENSION |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Defendant's time to respond to Plaintiff's Motion to Remand (#11) be extended to September 22, 2014. This extension is necessary due to counsel's extremely heavy caseload and absence from the office. Counsel for Defendant needs additional time to review Plaintiff's contentions and to explore the possibility of settlement.

1

Defendant's Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated: August 18, 2014        /s/Marc Kalagian
                              MARC KALAGIAN
                              Attorney for Plaintiff
                              [As authorized by telephone]


Dated: August 18, 2015        DANIEL G. BOGDEN
                              United States Attorney
                              DONNA L. CALVERT
                              Regional Chief Counsel, Region IX
                              Social Security Administration


                       By:    /s/ Theophous H. Reagans
                              THEOPHOUS H. REAGANS
                              Special Assistant U.S. Attorney

                              Attorneys for Defendant

ACCORDINGLY, and for good cause shown,
IT IS ORDERED that the parties Stipulation (#12) is APPROVED as modified.
IT IS FURTHER ORDERED that no further extensions will be granted.
IT IS SO ORDERED.

DATED: August 20, 2014

_____
UNITED STATES MAGISTRATE JUDGE
CAM FERENBACH

2